IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA C. WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-00454-CG-N |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. '636(b)(1)(B) and Local Rule 72.1 (c) is **ADOPTED** as the opinion of this Court.  The decision of the Commissioner of Social Security denying plaintiff's benefits is hereby **AFFIRMED**.

**DONE and ORDERED** this 5th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE