IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA C. WIGGINS, )<br>)<br>　Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>　Defendant. ) | CIVIL ACTION NO. 10-00454-CG-N |

## JUDGMENT

In accordance with the order entered on the date, it is hereby **ORDER, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff's benefits is hereby **AFFIRMED**.

**DONE and ORDERED** this 5th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE